CO-386
10/2018

# United States District Court
# For the District of Columbia

Society of Military Orthopaedic Surgeons, d/b/a SOMOS,
Telita Crosland, in her official capacity,
Seileen Mullen, in her official capacity,
Carlos Del Toro, in his official capacity, and
Lloyd J. Austin III, in his official capacity,

)
)
)
)
)  Civil Action No. 1:24-cv-03457
)
)
)
)
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

_____          _____
BAR IDENTIFICATION NO.                              Print Name

_____
Address

_____
City            State           Zip Code

_____
Phone Number