AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-03457 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____            _____
                                                                            *Attorney's signature*

                                                                      _____
                                                                      *Printed name and bar number*

                                                                      _____
                                                                                  *Address*

                                                                      _____
                                                                       *E-mail address*

                                                                      _____
                                                                      *Telephone number*

                                                                      _____
                                                                             *FAX number*