AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Do No Harm

*Plaintiff(s)*

v.

Society of Military Orthopaedic Surgeons, d/b/a/ SOMOS,
Telita Crosland, in her official capacity,
Seileen Mullen, in her official capacity,
Carlos Del Toro, in his official capacity,
Lloyd J. Austin III, in his official capacity,

*Defendant(s)*

Civil Action No. 24-cv-03457-RBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew M. Graves
United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20579

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/13/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **served by certified mail pursuant to FRCP 4(i), delivered 12/20/24 to the following:**
    Matthew M. Graves, United States Attorney
     U.S. Attorney's Office for the District of Columbia,
    601 D Street, NW, Washington, DC 20579

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Bethany Huang
*Server's signature*

Bethany Huang, Research Associate
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset



7020 0090 0001 8723 2467

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $4.10
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $10.45

Total Postage and Fees  $

Sent To  Matthew M. Graves, U.S. Attorney
Street and Apt. No., or PO Box No.  601 D Street, NW
City, State, ZIP+4®  Washington, DC 20579

Postmark Here — 12/18/2024

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

Tracking / FAQs >

## Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

# 9400109206057832847264

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:43 am on December 20, 2024 in WASHINGTON, DC 20022.

 **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20022
December 20, 2024, 5:43 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Get More Out of USPS Tracking:
USPS Tracking Plus®

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄