AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Do No Harm

*Plaintiff(s)*

v.

Society of Military Orthopaedic Surgeons, d/b/a/ SOMOS,
Telita Crosland, in her official capacity,
Seileen Mullen, in her official capacity,
Carlos Del Toro, in his official capacity,
Lloyd J. Austin III, in his official capacity

*Defendant(s)*

Civil Action No. 24-cv-03457-RBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/13/2024

/s/ Nicole M. Wilkens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **served by certified mail pursuant to FRCP 4(i), delivered 12/20/24 to the following:**

    Merrick B. Garland, Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Bethany Huang
*Server's signature*

Bethany Huang, Research Associate
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7020 0090 0001 8723 0531

Certified Mail Fee $4.85                           0139
$                                                  09

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $4.10
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $10.45
$
Total Postage and Fees
$

Sent To _Merrick Garland, USAG, US Dept of Justice_
Street and Apt. No., or PO Box No. _950 Pennsylvania Ave NW_
City, State, ZIP+4® _Washington, DC 20530-0001_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here [DEC 18 2024]

# USPS Tracking®

FAQs >

Tracking

**Remove X**

**Tracking Number:**

# 70200900001872230531

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:43 am on December 20, 2024 in WASHINGTON, DC 20022.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20022
December 20, 2024, 5:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Text & Email Updates  ˅

USPS Tracking Plus®  ˅

Product Information  ˅