AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Do No Harm<br><br>*Plaintiff(s)*<br>v.<br>Society of Military Orthopaedic Surgeons, d/b/a SOMOS,<br>Telita Crosland, in her official capacity,<br>Seileen Mullen, in her official capacity,<br>Carlos Del Toro, in his official capacity,<br>Lloyd J. Austin III, in his official capacity<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-03457-RBW<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Telita Crosland, in your official capacity as
Director of the Defense Health Agency,
7700 Arlington Blvd. Suite 5101 c/o Telita Crosland
Falls Church, VA 22042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/12/2024                                    /s/ Ma. Ursula Masagca
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **served by certified mail pursuant to FRCP 4(i), delivered 1/10/25 to the following:**

**Telita Crosland, in your official capacity as Director of the Defense Health Agency,
7700 Arlington Blvd. Suite 5101 c/o Telita Crosland Falls Church, VA 22042**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Abraham Figueroa
*Server's signature*

Abraham Figueroa, Research Associate
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Falls Church, VA 22042

Certified Mail Fee  $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery $

Postmark Here  JAN 08 2025

Postage  $10.45

Total Postage and Fees  $17.30

Sent To: Telita Crosland, Director of the Def. Health Agency
Street and Apt. No., or PO Box No.: 7700 Arlington Blvd. Ste. 5101
City, State, ZIP+4: Falls Church, VA 22042

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0090 0001 8723 9008

# USPS Tracking®

Tracking / FAQs >

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove X

**Tracking Number:**

**70200900000187239008**

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:35 am on January 10, 2025 in FALLS CHURCH, VA 22042.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

⊘ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
FALLS CHURCH, VA 22042
January 10, 2025, 11:35 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates    ∨

USPS Tracking Plus®    ∨

Product Information    ∨

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Do No Harm | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-03457-RBW |
| Society of Military Orthopaedic Surgeons, d/b/a SOMOS,<br>Telita Crosland, in her official capacity,<br>Seileen Mullen, in her official capacity,<br>Carlos Del Toro, in his official capacity,<br>Lloyd J. Austin III, in his official capacity | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Seileen Mullen, in her official capacity as
Acting Assistant Secretary of Defense for Health Affairs,
1000 Defense Pentagon,
Washington, D.C. 20301 c/o Seileen Mullen

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/12/2024

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **served by certified mail pursuant to FRCP 4(i), delivered 12/20/24 to the following:**
**Seileen Mullen, in her official capacity as**
**Acting Assistant Secretary of Defense for Health Affairs,**
**1000 Defense Pentagon, Washington, D.C. 20301 c/o Seileen Mullen**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Bethany Huang

*Server's signature*

Bethany Huang, Research Associate

*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

*Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As...]   [Reset]

7020 0090 0001 8723 2474

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20301 OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.10
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.75

Total Postage and Fees $14.40

Sent To: Sereen Mullen, Assistant Sec of Defense for Health Affairs
Street and Apt. No., or PO Box No. 1000 Defense Pentagon
City, State, ZIP+4® Washington DC 20301

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

[Postmark: USPS ROSSLYN STATION, DEC 18 2024, VIRGINIA 22209, 12/18/2024]

# USPS Tracking®

Tracking   /   FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove X

**Tracking Number:**

# 70200090000187232474

Copy     Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 6:41 am on December 20, 2024 in WASHINGTON, DC 20310.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
December 20, 2024, 6:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Get More Out of USPS Tracking:
 USPS Tracking Plus®

Text & Email Updates    ˅

USPS Tracking Plus®    ˅

Product Information    ˅

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Do No Harm

*Plaintiff(s)*

v.

Society of Military Orthopaedic Surgeons, d/b/a SOMOS,
Telita Crosland, in her official capacity,
Seileen Mullen, in her official capacity,
Carlos Del Toro, in his official capacity,
Lloyd J. Austin III, in his official capacity

*Defendant(s)*

Civil Action No. 1:24-cv-03457-RBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Del Toro, in your official capacity as
Secretary of the Navy,
1000 Navy Pentagon,
Washington, D.C. 20350 c/o Carlos Del Toro

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 12/12/2024

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **served by certified mail pursuant to FRCP 4(i), delivered 12/20/24 to the following:**
**Carlos Del Toro, in your official capacity as Secretary of the Navy,**
**1000 Navy Pentagon, Washington, D.C. 20350 c/o Carlos Del Toro**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Bethany Huang
*Server's signature*

Bethany Huang, Research Associate
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20374 **OFFICIAL USE**

7020 0090 0001 8723 2450

Certified Mail Fee $4.85  0139

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $4.10
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.45

Total Postage and Fees $19.41

Sent To Carlos Del Toro, Secretary of the Navy
Street and Apt. No., or PO Box No. 1000 Navy Pentagon
City, State, ZIP+4® Washington, DC 20350

Postmark Here — ROSSLYN STATION 12/18/2024 ARLINGTON, VIRGINIA DEC 18 2024

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

Tracking / FAQs >



**Track Packages**
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove X**

**Tracking Number:**

# 70200900001872332450

Copy    Add to Informed Delivery

---

## Latest Update

Your item was picked up at a postal facility at 6:41 am on December 20, 2024 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

## ⊘ Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
December 20, 2024, 6:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates    ˅

USPS Tracking Plus®    ˅

Product Information    ˅

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Do No Harm<br><br>*Plaintiff(s)*<br>v.<br>Society of Military Orthopaedic Surgeons, d/b/a SOMOS,<br>Telita Crosland, in her official capacity,<br>Seileen Mullen, in her official capacity,<br>Carlos Del Toro, in his official capacity,<br>Lloyd J. Austin III, in his official capacity<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-03457-RBW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lloyd J. Austin III, in your official capacity as
Secretary of Defense,
1000 Defense Pentagon,
Washington, D.C. 20301 c/o Lloyd J. Austin III

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cameron T. Norris (VA Bar No. 91624)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/12/2024

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **served by registered mail pursuant to FRCP 4(i), delivered 12/20/24 to the following:**
Lloyd J. Austin III, in your official capacity as Secretary of Defense,
1000 Defense Pentagon, Washington, D.C. 20301 c/o Lloyd J. Austin III

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 1/17/2025

/s/ Bethany Huang
*Server's signature*

Bethany Huang, Research Associate
*Printed name and title*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset



# USPS Tracking®

FAQs >

Tracking

Remove X

## USPS Tracking Plus® Product Information Text & Email Updates

**Tracking Number:**

# 70200090000187230524

Copy  Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 6:41 am on December 20, 2024 in WASHINGTON, DC 20310.

 **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
December 20, 2024, 6:41 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

Get More Out of USPS Tracking:
USPS Tracking Plus®



**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**