AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Do No Harm | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03457-RBW |
| SOMOS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Do No Harm.

Date: 1/17/2025

*Zachary Grouev*
*Attorney's signature*

Zachary P. Grouev (Bar No. FL00147)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd, Ste. 700
Arlington, VA 22209
*Address*

zach@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*