UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DO NO HARM,<br><br>       Plaintiff,<br><br>   v.<br><br>SOCIETY OF MILITARY ORTHOPAEDIC SURGEONS, et al.,<br><br>       Defendants. | Civil Action No. 24-3457 (RBW) |

**CONSENT MOTION FOR EXTENTION OF TIME TO ANSWER COMPLAINT**

Federal Defendants Pete Hegseth, Secretary of Defense, Terence Emmert, Acting Secretary of the Navy, Dr. Stephen Ferrara, Acting Assistant Secretary of Defense for Health Affairs,[1] and Lt. Gen. Telita Crosland, Director of the Defense Health Agency (collectively, the "Federal Defendants"),[2] respectfully move this Court to extend Federal Defendants' time until March 20, 2025, to respond to Do No Harm's complaint (ECF No. 1). Federal Defendants' deadline is currently February 18, 2025. Pursuant to Local Civil Rule 7(m), counsel for Federal Defendants conferred with counsel for Do No Harm, and Do No Harm indicates that it does not object to the request.

Do No Harm brings this reverse discrimination case to challenge a program through which the Society of Military Orthopaedic Surgeons (the "Society") funds expenses of medical students participating in a month-long rotation at the Walter Reed Medical Center in Bethesda, Maryland

---

[1] Pete Hegseth, Terence Emmert, and Dr. Stephen Ferrara are automatically substituted as defendants. *See* Fed. R. Civ. P. 25(d).

[2] Undersigned does not represent Society of Military Orthopaedic Surgeons.

or the Naval Medical Center in San Diego, California. Compl. (ECF No. 1) ¶ 5. Do No Harm asserts that the program "excludes white, male applicants." *Id*. ¶ 32. Do No Harm brings a Fifth Amended claim against the Federal Defendants, *id*. ¶¶ 53-67, and a 42 U.S.C. § 1981 claim against the Society, *id*. ¶¶ 68-84. Do No Harm seeks declaratory and injunctive relief, nominal damages, attorney's fees, and other relief. *Id*. at 24-25.

Federal Defendants request this extension in good faith, for good cause, and not for the purpose of delay. Undersigned was just assigned to this case and requires additional time to consult with agency counsel and prepare a response to the complaint. Further, undersigned has a heavy caseload with numerous deadlines in the coming weeks. The additional time is also needed to allow sufficient time for agency counsel review and supervisory review pursuant to applicable Department of Justice policies and procedures.

For all these reasons, Federal Defendants respectfully request that their deadline to respond to the complaint (ECF No. 1) be extended through and including March 20, 2025. A proposed order is attached.

Dated: February 17, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DO NO HARM,<br><br>       Plaintiff,<br><br>    v.<br><br>SOCIETY OF MILITARY ORTHOPAEDIC SURGEONS, et al.,<br><br>       Defendants. | Civil Action No. 24-3457 (RBW) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Federal Defendants' Consent Motion for Extension, for good cause shown, and the entire record herein, it is hereby

ORDERED that Federal Defendants' motion is GRANTED, and it is further

ODERED that Federal Defendants shall respond to the complaint on or before March 20, 2025.

SO ORDERED:

_____  _____
Date                                                REGGIE B. WALTON
                                                    United States District Judge