UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DO NO HARM,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIETY OF MILITARY ORTHOPAEDIC SURGEONS, et al.,<br><br>        Defendants. | Civil Action No. 24-3457 (RBW) |

## **JOINT MOTION TO STAY**

      Federal Defendants Pete Hegseth, Secretary of Defense, Terence Emmert, Acting Secretary of the Navy, Dr. Stephen Ferrara, Acting Assistant Secretary of Defense for Health Affairs, and Lt. Gen. Telita Crosland, Director of the Defense Health Agency (collectively, the "Federal Defendants"), Defendant Society of Military Orthopaedic Surgeons (the "Society"), and Plaintiff Do No Harm respectfully move this Court to stay this case, including Federal Defendants' obligation to respond to the Complaint (ECF No. 1), and to permit the parties to file in thirty days a joint status report to inform the Court regarding the status of this case.

      Do No Harm brings this discrimination case to challenge a program through which the Society of Military Orthopaedic Surgeons (the "Society") funds expenses of medical students participating in a month-long rotation at the Walter Reed Medical Center in Bethesda, Maryland or the Naval Medical Center in San Diego, California. Compl. (ECF No. 1) ¶ 5. Do No Harm asserts that the program "excludes white, male applicants." *Id*. ¶ 32. Do No Harm brings a Fifth Amendment claim against the Federal Defendants, *id*. ¶¶ 53-67, and a 42 U.S.C. § 1981 claim against the Society, *id*. ¶¶ 68-84. Do No Harm seeks declaratory and injunctive relief, nominal damages, attorney's fees, and other relief. *Id*. at 24-25.

The parties report that they are discussing ways to resolve this case without further burdening the Court. To permit them reasonable time to attempt to resolve their differences, the parties agree that the proceedings should be stayed and accordingly jointly move to stay the case. The parties further request that the Court permit them to submit a joint status report by April 18, 2025, informing the Court of the status of the case. During this time, the parties will meet and confer in good faith to explore possible amicable resolution of this case. The parties, therefore, respectfully request that the Court stay the proceedings and permit them to file a joint status report by April 18, 2025.

| | |
|---|---|
| Dated: March 18, 2025<br>Washington, DC | Respectfully submitted, |
| /By Permission/ Cameron T. Norris<br>Thomas R. McCarthy (D.C. Bar #489651)<br>Cameron T. Norris<br>  *Lead Counsel*<br>Frank H. Chang (D.C. Bar #1686578)<br>Zachary P. Grouev<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>frank@consovoymccarthy.com<br>zach@consovoymccarthy.com | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By:       /s/ *Dimitar P. Georgiev*<br>   DIMITAR P. GEORGIEV, D.C. Bar #1735756<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   (202) 815-8654<br><br>*Attorneys for the United States of America*<br><br>By:   */s/ Mark E. Chopko*<br>MARK E. CHOPKO, D.C. Bar #410353<br>Stradley Ronon Stevens & Young, LLP<br>2000 K Street, NW, Suite 700<br>Washington, DC 20006<br>mchopko@stradley.com<br>(202) 419-8410<br><br>*Attorneys for the Society of Military Orthopaedic Surgeons* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DO NO HARM,<br><br>       Plaintiff,<br><br>   v.<br><br>SOCIETY OF MILITARY ORTHOPAEDIC SURGEONS, et al.,<br><br>       Defendants. | Civil Action No. 24-3457 (RBW) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Motion to Stay, and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED, and it is further

ORDERED that Federal Defendant's obligation to respond to the Complaint (ECF No. 1) is stayed until further ordered by Court, and it is further

ORDERED that Plaintiff and Federal Defendants shall file a joint status report on or before April 18, 2025.

SO ORDERED:

_____          _____
Date                                                      REGGIE B. WALTON
                                                                United States District Judge